UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

LOUIS PLAZZA,

                                                          **STIPULATION AND**
                                          Plaintiff,      **ORDER OF DISMISSAL**

            -against-                                     15 Civ. 788 (ERK) (VMS)

CITY OF NEW YORK; ANTHONY SICA; JAMES
MAZZOLLA; SEKAYI BABB; CHRIS DOLL; and
JOHN and JANE DOE 1 through 10, individually and
in their official capacities (the names John and Jane
Doe being fictitious, as the true names are presently
unknown),

                                          Defendants.

-------------------------------------------------------------------------- x

        **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

        1.      The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       *AUGUST 31*, 2015

LONDON INDUSI LLP
*Attorneys for Plaintiff*
186 Joralemon Street, Suite 1202
Brooklyn, NY 11201
(718) 301-4593

By: _____
Cary London
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York,*
   *Sica, Doll, Mazzolla, and Babb*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Aimee Lulich
*Assistant Corporation Counsel*

SO ORDERED:

/s/ Judge Edward R. Korman
_____
HON. EDWARD R KORMAN
UNITED STATES DISTRICT JUDGE

Dated: __9|30__, 2015

2